...

CJA 7
(Rev 9/05)

**FILED**
AUG 29 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

LOCATION CODE _____

Vladyslav Stetsyuk
3027 Vimy Ridge Ave.
Norfolk, VA 23509

Docket No. 2:12-cr-131

USA vs. VLADYSLAV STETSYUK

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
and/or
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☒

Check one or both

---

WHEREAS, Phoenix Harris, AFPD, was appointed as counsel for the above defendant/petitioner, on the 28th day of August, 20 12; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☒ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by SEE BELOW as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

The defendant is to reimburse the United States Government for the cost of his court-appointed attorney at the rate of $200.00 per month beginning on the 1st day October, 2012, and said payments are to be paid on or before the 1st day of each month thereafter, until paid in full.

Checks or money orders shall be made payable to Clerk, United States District Court, 600 Granby Street, Norfolk, VA 23510. Cash payments may also be made in person at the Clerk's Office.

Dated this 28th day of August, 20 12.

/s/
Douglas E. Miller
United States Judge/Magistrate

DISTRIBUTION: COURT'S FILE    COURT APPOINTED COUNSEL    PERSON REPRESENTED    CLERK'S FILE