# ARRAIGNMENT/DETENTION MINUTES:

Time Set: 9:00 a.m.
Started: 9:12 am
Ended: 9:15 am

Split Time: _____

Case Number: 2:12cr131
Defendant: Vladyslav Stetsyuk

Date: 09/05/2012
Presiding Judge: Douglas E. Miller, USMJ
Courtroom Deputy: Cristi Dodd
Reporter: Tami Tichinor OCR
U.S. Attorney: Chris George, SAUSA
Defense Counsel: Phornly Harris
( ) Retained ( ) Court appointed (X) AFPD
Interpreter: _____

### INITIAL APPEARANCE:
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

### COUNSEL:
( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full

### ARRAIGNMENT:
( ) Defendant formally arraigned
(X) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(X) Defendant entered plea of not guilty
(X) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(X) Preliminary motions deadline 9/19/12
( ) Response motions deadline _____
(X) TRIAL ( ) SRVH ( ) PVH set on 11/7/12 @ 10am (X) Norfolk ( ) Newport News

### APPEARANCE AT PRELIMINARY HEARING:
(X) Defendant wishes to appear at preliminary hearing
( ) Waiver of Appearance executed
(X) Defendant wishes to be present at preliminary hearings

### DETENTION:
( ) Detention Hearing ( ) Held ( ) Waived
( ) Government motion for detention:
( ) Granted ( ) Denied ( ) Motion to Withdraw
( ) Detention Ordered (X) Remanded
( ) Bond set _____
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

### ORDERS:
( ) Agreed Discovery/Protective Order Entered

### PRELIMINARY HEARING:
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

### SPEEDY TRIAL:
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived
( ) Arraignment: _____
( ) SRV/Probation Hearing: _____
( ) _____
( ) _____
( ) _____

### SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.